George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

#8462
$48.21
10/27/11

October 25, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:  Floyd M Smith; BK 07-21537

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $48.21. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| GECAP Financial | $48.21 | Claims Register # 008 |

/s/_____
George M. Reiber, Trustee



FILED OCT 27 2011 BANKRUPTCY COURT ROCHESTER, NY